UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMIE MALLORY,<br><br>  Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br><br>  Defendant. | Case No. 3:25-cv-01132<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Counsel for the parties appeared for a telephonic initial case management conference with the Magistrate Judge on December 9, 2025. Because Plaintiff Jamie Mallory is scheduled for surgery in less than a month the outcome of which will affect the progress of this case, the initial case management conference is CONTINUED to March 3, 2026, at 8:00 a.m. Counsel shall (650) 479-3207 and enter access code 2317 604 8628# to participate.

The parties shall file an amended joint proposed initial case management order by no later than February 27, 2026.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge